IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEBRA DEL CAMP**                                                                            **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-40-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

## ORDER

Plaintiff Debra Del Camp has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. No. 19) She seeks fees and expenses in the amount of $5,952.57 (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (Doc. No. 21)

Because there is no objection to granting attorney's fees and expenses, Ms. Del Camp's motion (Doc. No. 19) is GRANTED. The Commissioner is directed to pay the total sum of $5,952.57 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 9th day of March, 2020.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE